IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIORIAN HOWARD LAMONT SMITH,

    Plaintiff,

v.

MICHAEL HAURE,

    Defendant.

ORDER

Case No. 20-cv-97-wmc

Plaintiff Diorian Smith originally had a deadline of February 24, 2020 to pay the initial partial payment of the filing fee in this case. Now plaintiff has submitted a letter stating that he cannot pay the initial partial payment at this time. Because it may well be that plaintiff will be able to make the initial partial payment from the next deposits made to his account, I am willing to provide plaintiff an extension of time until March 24, 2020 in which to pay the $8.00 initial partial filing fee. If, by March 24, 2020, plaintiff is unable to pay the initial partial payment, he is free to request to waive the initial partial filing fee, supported by a recent inmate account statement, or other documentation.

ORDER

IT IS ORDERED that,

1. Plaintiff Diorian Smith may have an enlargement of time, to March 24, 2020, to pay the $8.00 initial partial filing fee in this case.

2. If, by March 24, 2020, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 3rd day of March, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge