IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DIORIAN SMITH,

    Plaintiff,

    v.

MICHAEL HAURE,

    Defendant.

ORDER

Case No. 20-cv-97-wmc

---

Plaintiff Diorian Smith, an inmate in the custody of the Dane County Jail in Madison Wisconsin, was assessed $8.00 as an initial partial filing fee this case. Plaintiff has filed letter stating that he doesn't have the funds to pay the initial partial payment. Plaintiff has also submitted a recent inmate account statement. It appears that plaintiff presently has no means with which to pay the make the initial partial appeal payment. Under these circumstances, the court will grant plaintiff's motion to waive the initial partial filing fee. Plaintiff is advised that the full $350 filing fee for each case remains plaintiff's obligation. *See* 28 U.S.C. § 1915A.

ORDER

IT IS ORDERED that the motions filed by plaintiff Diorian Smith to waive the initial partial filing fee is GRANTED.

Entered this 14th day of April, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge